IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIMOTHY LARA and DARYL DEAN DAVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>RENAISSANCE HOTEL OPERATING COMPANY,<br><br>Defendant.<br>_____ | CIVIL 08-00560 SOM-BMK |

ORDER ADOPTING THE
"ORDER DENYING PLAINTIFFS' MOTIONS TO CONSOLIDATE ACTIONS;
AND FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE
REQUEST FOR ASSIGNMENT PURSUANT TO L.R. 40.2"

The "ORDER DENYING PLAINTIFFS' MOTIONS TO CONSOLIDATE ACTIONS; AND FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE REQUESTS FOR ASSIGNMENT PURSUANT TO L.R. 40.2" having been filed and served on all parties on March 19, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER DENYING PLAINTIFFS' MOTIONS TO CONSOLIDATE ACTIONS; AND

FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE REQUEST FOR ASSIGNMENT PURSUANT TO L.R. 40.2," Document [16],  are adopted as the opinion and order of this Court.

Although this court adopts the recommendation to deny the request that seven cases be reassigned to the same district judge, the court directs the Clerk of Court to reassign all pretrial matters in Civil No. 08-00560 SOM/BMK and Civil No. 09-00016 DAE/LEK cases to Magistrate Judge Leslie E. Kobayashi.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; April 14, 2009.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Lara, et al. v. Renaissance Hotel; Civ. No. 08-00560 SOM/BMK; Order Adopting the Order Denying Plaintiffs' Motions to Consolidate Actions; and Findings and Recommendation to Deny Alternative Request for Assignment Pursuant to L.R. 40.2